# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Rendell, Marjorie O. | 2. Court or Organization  USCA - 3CA - Philadelphia | 3. Date of Report  05/14/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Circuit Court Judge (Active) | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address  U.S. Court of Appeals  601 Market Street, Room 21613  Philadelphia, PA 19106-1598 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Directors; Chair through March 2008 | Avenue of the Arts, Inc. |
| 2. Director | Regional Performing Arts Center |
| 3. Member, Board of Overseers; Chair through December 2008 | School of Nursing, University of Pennsylvania |
| 4. Board member | Penn Medicine |
| 5. Executrix | Estate ██████████ |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2009 MAY 15 A 11: 47
FINANCIAL DISCLOSURE OFFICE
RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O. | 05/14/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Philadelphia Sports Media L.P. - TV Sports Commentator |
| 2. 2008 | Commonwealth of Pennsylvania - earnings for services as Governor |
| 3. 2008 | City of Philadelphia - pension |
| 4. 2008 | University of Pennsylvania - Instructor |
| 5. 2008 | Harrah's Chester Casino & Racetrack; gambling winnings |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. First Amendment Center | 05/13/08 | Newseum - Wash, DC | Conference | Hotel, meals, transportation |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O. | 05/14/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. honorary golf membership - resigned 10/23/08 -- See VIII | Torresdale-Frankford Country Club | $0.00 |
| 2. honorary golf membership - resigned 10/23/08 -- See VIII | West Shore Country Club | $0.00 |
| 3. honorary golf membership - resigned 10/23/08 -- See VIII | Blue Ridge Country Club | $0.00 |
| 4. Philadelphia Orchestra | Academy Ball tickets | $560.00 |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Cape Savings Bank, Cape May, NJ | Mortgage on rental property | N |
| 2. Marriott Ownership Resorts, Inc. | Loan on time share units | L |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Schwab Adv Cash Reserv Prem & Cash | A | Dividend | K | T | | | | | |
| 2. Federated 1-3 year US Gov't Sec. | C | Dividend | M | T | | | | | |
| 3. Adams Harkness Sm. Cap | A | Dividend | K | T | Buy (add'l) | 08/28 | K | | |
| 4. Brandywine | A | Dividend | M | T | | | | | |
| 5. DFA one year fixed | C | Dividend | M | T | | | | | |
| 6. DFA U.S. Micro Cap 9-10 Small (formerly 9-10 Small) | A | Dividend | J | T | | | | | |
| 7. DFA US Large Cap Value | A | Dividend | K | T | | | | | |
| 8. DFA Emerging Mkts Core Equity | A | Dividend | J | T | | | | | |
| 9. DFA Intl Value | B | Dividend | K | T | | | | | |
| 10. DFA US Small Cap Value | A | Dividend | K | T | | | | | |
| 11. Dodge & Cox stock | B | Dividend | K | T | | | | | |
| 12. Neuberger Berman Genesis (formerly Fasciano-See VIII) | B | Dividend | | | Sold | 10/30 | K | A | |
| 13. First Eagle Overseas | B | Dividend | K | T | | | | | |
| 14. Hotchkis & Wiley Large Cap Value | A | Dividend | K | T | | | | | |
| 15. Janus Fund | A | Dividend | K | T | | | | | |
| 16. Janus Overseas Fund | B | Dividend | L | T | PartSell | 11/02 | J | C | |
| 17. Royce Opportunity | A | Dividend | K | T | Part-Sell | 10/26 | K | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Royce Value Plus | A | Dividend | J | T | | | | | |
| 19. Morgan Stanley Emerging Mkts. | B | Dividend | J | T | | | | | |
| 20. Morgan Stanley Int's Equity | D | Dividend | L | T | | | | | |
| 21. William Blair Lg Cap Growth | A | Dividend | K | T | | | | | |
| 22. Hotchkis & Wiley Mid-Cap Value | A | Dividend | K | T | | | | | |
| 23. Stoneridge Small Cap | | None | | | Sold | 08/28 | K | A | |
| 24. Third Avenue Intl Value | A | Dividend | K | T | | | | | |
| 25. Thornburg Intl Value | A | Dividend | J | T | | | | | |
| 26. Westcore Intl Frontier | A | Dividend | K | T | | | | | |
| 27. Artio Int'l Equity Fund (formerly Julius Baer Int'l Equity) | A | Dividend | K | T | | | | | |
| 28. Westcore Mid-Cap Oppty Fd | A | Dividend | K | T | | | | | |
| 29. Westcore MIDCO Growth | B | Dividend | K | T | | | | | |
| 30. Turner Small Cap Equity | A | Dividend | K | T | Buy | 10/30 | K | | |
| 31. Schwab Adv Cash Reserv Prem & Cash (formerly MM &cash) | A | Dividend | J | T | | | | | |
| 32. FirstEagle SoGen Global Class I (formerly SoGen Int'l) | B | Dividend | K | T | | | | | |
| 33. William Blair Growth | A | Dividend | J | T | | | | | |
| 34. Thornberg Value Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   Schwab Adv Cash Reserv Prem & Cash | A | Dividend | J | T | | | | | |
| 36.   DFA One Yr Fixed | A | Dividend | J | T | | | | | |
| 37.   DFA Emerging Markets Core Equity | A | Dividend | J | T | | | | | |
| 38.   DFA Intl Value | A | Dividend | J | T | | | | | |
| 39.   Hotchkis & Wiley Large Cap Value | A | Dividend | J | T | | | | | |
| 40.   Federated 1-3 Yr. U.S. Gov't Sec. | A | Dividend | K | T | | | | | |
| 41.   Artio Int'l Equity Fund (formerly Julius Baer Int'l Equity) | A | Dividend | J | T | | | | | |
| 42.   Morgan Stanley Int'l Equity | A | Dividend | J | T | | | | | |
| 43.   Neuberger Berman Genesis | A | Dividend | | | Sold | 10/30 | J | A | |
| 44.   Royce Opportunity Fund | A | Dividend | J | T | | | | | |
| 45.   Third Ave Intl Value | B | Dividend | J | T | | | | | |
| 46.   Turner Core Growth | A | Dividend | J | T | | | | | |
| 47.   Turner Small Cap Equity | A | Dividend | J | | Buy | 10/30 | J | | |
| 48.   Westcore Mid Cap Opportunity | A | Dividend | J | T | | | | | |
| 49.   Westcore Midco Growth | A | Dividend | J | T | | | | | |
| 50.   Schwab Adv Cash Reserv Prem & Cash (form MM &Cash) | A | Dividend | J | T | | | | | |
| 51.   Brandywine Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Stoneridge Small Cap | | None | | | Sold | 08/28 | J | A | |
| 53. Dodge & Cox stock | A | Dividend | J | T | | | | | |
| 54. Morgan Stanley Int'l Equity | B | Dividend | J | T | | | | | |
| 55. Adams Harkness Small Cap Growth | A | Dividend | J | T | Buy | 08/28 | J | | |
| 56. Beckman Coulter | A | Dividend | K | T | | | | | |
| 57. Coca Cola | B | Dividend | K | T | | | | | |
| 58. Federal Nat'l Mortgage Assoc. | A | Dividend | J | T | | | | | |
| 59. General Electric - common stock | B | Dividend | K | T | | | | | |
| 60. McDonalds Corp. | A | Dividend | K | T | | | | | |
| 61. GlaxoSmithKline (formerly SmithKlineBeecham) | C | Dividend | K | T | | | | | |
| 62. Wal-Mart Stores, Inc. | A | Dividend | K | T | | | | | |
| 63. Baron Growth | A | Dividend | K | T | | | | | |
| 64. Brandywine | A | Dividend | | | Sold | 12/24 | K | | |
| 65. DFA Emerging Markets Core Equity | A | Dividend | L | T | | | | | |
| 66. DFA Tax Managed Intl Value | B | Dividend | K | T | | | | | |
| 67. DFA Tax Mgd US Targeted Value (formerly Small Cap Value) | A | Dividend | J | T | | | | | |
| 68. DFA Tax Mgd US Mktwide Value | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. DFA US Micro Cap (formerly 9-10 Micro | A | Dividend | J | T | | | | | |
| 70. Dodge & Cox Stock | B | Dividend | K | T | | | | | |
| 71. First Eagle Overseas CL1 | B | Dividend | K | T | | | | | |
| 72. Hotchkis & Wiley Large Cap Value | A | Dividend | J | T | | | | | |
| 73. Hotchkis & Wiley Mid Cap Value | A | Dividend | J | T | | | | | |
| 74. Janus Fund | A | Dividend | K | T | | | | | |
| 75. Janus Mid Cap Value | B | Dividend | K | T | | | | | |
| 76. Janus Overseas Fund | B | Dividend | K | T | | | | | |
| 77. Artio Int'l Equity Fund (formerly Julius Baer Intl Equity) | A | Dividend | K | T | | | | | |
| 78. Morgan Stanley Int'l Equity | C | Dividend | L | T | | | | | |
| 79. Neuberger Berman Genesis | A | Dividend | | | Sold | 10/30 | J | A | |
| 80. Royce Opportunity Fund | A | Dividend | J | T | | | | | |
| 81. Schwab Money Market & Cash | A | Dividend | L | T | | | | | |
| 82. Sound Shore | C | Dividend | L | T | PartSell | 01/19 | K | D | |
| 83. Third Avenue Intl Value | A | Dividend | K | T | | | | | |
| 84. Turner Core Growth | A | Dividend | K | T | | | | | |
| 85. Turner Small Cap Equity | A | Dividend | J | T | Buy | 10/30 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Westcore Mid Cap Value | A | Dividend | K | T | | | | | |
| 87. Westcore Midco Growth | B | Dividend | K | T | | | | | |
| 88. Westcore Intl Frontier Fund | A | Dividend | J | T | | | | | |
| 89. William Blair Large Cap Growth | A | Dividend | K | T | | | | | |
| 90. William Blair Mid Cap | A | Dividend | K | T | Buy | 12/24 | K | | |
| 91. Federated Short Term Muni Bond Fund (transaction 1 of 2) | C | Dividend | L | T | Sold (part) | 04/22 | J | A | |
| 92. Federated Short Term Muni Bond (transaction 2 of 2) | C | Dividend | L | T | Sold (part) | 11/05 | K | A | |
| 93. Schroder Short Term Muni Bond Fund (transaction 1 of 3) | D | Dividend | M | T | Sold (part) | 06/20 | J | A | |
| 94. Schroder Short Term Muni Bond Fund (transaction 2 of 3) | D | Dividend | M | T | Matured (part) | 11/25 | J | A | |
| 95. Schroder Short Term Muni Bond Fund (transaction 3 of 3) | D | Dividend | M | T | Matured (part) | 12/29 | K | A | |
| 96. Rental property in Ocean City, NJ (2000 - $645,000) | E | Rent | P1 | S | | | | | |
| 97. DFA One Year Fixed SEE VIII | B | Dividend | L | T | | | | | |
| 98. Federated US Govt 1-3 yr | A | Dividend | | | Sold | 12/18 | K | A | |
| 99. Merck & Co Inc | A | Dividend | J | T | | | | | |
| 100. Pfizer Inc | C | Dividend | L | T | | | | | |
| 101. Brandywine Fund | A | Dividend | K | T | | | | | |
| 102. DFE Emerging Markets Eq | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,000 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.   DFA Tax Managed Intl Value | A | Dividend | | | Sold | 12/17 | J | A | |
| 104.   DFA Intl Value | A | Dividend | J | T | | | | | |
| 105.   DFA Tax Managed US Markets | A | Dividend | J | T | | | | | |
| 106.   DFA US Small Cap Value | A | Dividend | J | T | | | | | |
| 107.   DFA US Micro Cap | A | Dividend | J | T | | | | | |
| 108.   First Eagle Overseas CL 1 | B | Dividend | J | T | | | | | |
| 109.   Hotchkis & Wiley Large Cap Value | A | Dividend | J | T | | | | | |
| 110.   Hotchkis & Wiley Mid Cap Value | A | Dividend | J | T | | | | | |
| 111.   Janus Fund | A | Dividend | K | T | | | | | |
| 112.   Janus Overseas | A | Dividend | K | T | | | | | |
| 113.   Morgan Stanley Inst Intl Equity | A | Dividend | J | T | | | | | |
| 114.   Neuberger Berman Fasciano | A | Dividend | | | Sold | 10/30 | J | A | |
| 115.   Royce Opportunity Fund | A | Dividend | J | T | | | | | |
| 116.   Sound Shore Fund | A | Dividend | J | T | | | | | |
| 117.   Third Ave Intl Value | A | Dividend | J | T | | | | | |
| 118.   Westcore Intl Frontier Retail | A | Dividend | J | T | | | | | |
| 119.   Westcore Mid Cap Value Retail | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Schwab Adv Cash Reserve Prem & Cash | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O. | 05/14/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part V. GIFTS

On October 23, 2009, 2008, pursuant to Pub. L. No. 110-402, I submitted a formal letter of resignation from honorary golf memberships with Torresdale-Frankford Country Club, West Shore Country Club, and Blue Ridge Country Club.

Part VII. INVESTMENTS AND TRUSTS

Reorganization/change of name:
Due to a reorganization and resultant change of name, all Neuberger Berman Fasciano entries that appeared in the 2007 Report now appear in the 2008 Report as Neuberger Berman Genesis.

Multiple transactions:
Notations have been made in Column A to reflect that during 2008 there were multiple transactions as to two assets. See lines 91-92 and lines 93, 94, 95.

Assets of Decedent's Estate:
The items listed in Section VII at lines #97 through 120 are investment assets of the Estate ███████████████████, of which I am the Executrix.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIE[S] ... TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544